Wesley H. Avery, Trustee

758 E. Colorado Blvd., Suite 210

Pasadena, CA 91101

Telephone: (626) 395-7576

Alexandria@AveryTrustee.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-11709-RK |
| **MONTOYA, MORIS ERNESTO** | Chapter 7 |
| **Debtor(s).** | **NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) 11 U.S.C. §341(a)** |

**TO THE ABOVE NAMED DEBTOR(S) AND THE ATTORNEY ON RECORD, IF ANY:**

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above entitled matter was continued to **June 25, 2019 at 01:30 PM**, located at**:** Office of the United States Trustee, **915 Wilshire Blvd., 10th Floor, Los Angeles, CA 90017** for the reason set forth below:

☒  Administrative reasons. Appearance waived on 5/29/2019.

DATED: May 31, 2019                 /s/ Wesley H. Avery
                                                        Wesley H. Avery, Chapter 7 Trustee

I certify that I served the within Notice on the above debtor(s), the attorney of record (if any), and interested parties on May 31, 2019.

                                                        /s/ Alexandria Fitzpatrick
                                                        Alexandria Fitzpatrick, Asset Clerk

MORIS MONTOYA
8834 BARING CROSS ST.
LOS ANGELES, CA 90044